# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-0424
_____

CHRISTOPHER B. KELLEY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Washington County.
Christopher N. Patterson, Judge.

October 10, 2025

PER CURIAM.

AFFIRMED.

KELSEY, TANENBAUM, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and Kathleen E. Pafford, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Julian E. Markham, III, Assistant Attorney General, Tallahassee, for Appellee.